UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

═══════════════════════════════

JOSEPH KIMBLE,

                          Petitioner,

                                              ORDER
          v.                                  03-CV-235A

MICHAEL McGINNIS,
Superintendent of Southport Correctional Facility,


                          Respondent.

═══════════════════════════════

          The above-referenced case was referred to Magistrate Judge Victor E.

Bianchini, pursuant to 28 U.S.C. § 636(b)(1)(B).  On June 18, 2009, Magistrate Judge

Bianchini filed a Report and Recommendation, recommending that the petition for a writ

of habeas corpus filed by petitioner be **denied**.

          The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

          ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons

set forth in Magistrate Judge Bianchini's Report and Recommendation, the petition for a

writ of habeas corpus is denied.

           Furthermore, the Court finds that petitioner has not made a "substantial

showing of the denial of a constitutional right" pursuant to 28 U.S.C. § 2253(c)(2) ("A

certificate of appealability may issue . . . only if the applicant has made a substantial

showing of the denial of a constitutional right."); *see also Lucidore v. New York State

Div. of Parole*, 209 F.3d 107, 112 (2d Cir. 2000). Therefore, the Court finds that no

certificate of appealability should issue with respect to any of petitioner's claims.

The Clerk of Court shall take all steps necessary to close the case.

SO ORDERED.

_s/ Richard J. Arcara_

HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: August 18, 2009